1

2

3                       UNITED STATES DISTRICT COURT

4                  FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6  STEPAN SEREDA,                          Case No.  1:25-cv-01172-JLT-BAM

7              Plaintiff,                  ORDER TO SUBMIT APPLICATION TO
                                           PROCEED *IN FORMA PAUPERIS* OR PAY
8        v.                                FILING FEE WITHIN THIRTY DAYS

9  AYALA, *et al.*,                        **THIRTY-DAY DEADLINE**

10             Defendants.

11

12       Plaintiff Stepan Sereda, proceeding *pro se*, filed this civil action on September 11, 2025.

13  (Doc. 1.)  Plaintiff has neither paid the $405.00 filing fee nor submitted an application to proceed

14  *in forma pauperis* pursuant to 28 U.S.C. § 1915.

15       Accordingly, IT IS HEREBY ORDERED that:

16       1.     The Clerk's Office shall send to Plaintiff a form for application to proceed *in

17  forma pauperis*;

18       2.     Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit

19  the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the

20  $405.00 filing fee for this action; and

21       3.     **Failure to comply with this order will result in a recommendation for**

22  **dismissal of this action.**

23

    IT IS SO ORDERED.
24

25     Dated:   **September 15, 2025**           /s/ *Barbara A. McAuliffe*

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                        1