**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPAN SEREDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL AYALA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:25-cv-01172 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 2, 3) |

　　　　Stepan Sereda, proceeding *pro se*, initiated this civil action on September 9, 2025.  (Doc. 1.)  On September 15, 2025, the Court directed Plaintiff to submit a completed and signed application to proceed *in forma pauperis* or, in the alternative, pay the $405.00 filing fee for this action within thirty days.  (Doc. 2.)  Plaintiff failed to file an application to proceed *in forma pauperis* or pay the filing fee.

　　　　On October 31, 2025, the assigned magistrate judge issued findings and recommendations to dismiss the action, without prejudice, for failure to obey a court order and for Plaintiff's failure to prosecute this action.  (Doc. 3.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 3.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal."  (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to

1

1  do so has passed.

2  According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 31, 2025 (Doc. 3) are **ADOPTED**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2025**

UNITED STATES DISTRICT JUDGE

2